# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Anthony Barquera,<br>　　　　　Petitioner,<br>v.<br>Samuel Rogers, et al.,<br>　　　　　Defendants. | No. CV-19-05451-PHX-DLR (MTM)<br>**ORDER** |

　　　　Before the Court are Petitioner's motion to stay and Magistrate Judge Michael Morrissey's Report and Recommendation ("R&R"). (Docs. 14, 17.) The R&R recommends that the Court deny the motion. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Petitioner did not file objections, which relieves the Court of its obligation to review the R&R. *See Id.*; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken.

　　　　**IT IS ORDERED** that the Magistrate Judge's R&R (Doc. 17) is **ACCEPTED** and

1 | Petitioner's motion to stay (Doc. 14) is **DENIED**.  Respondents' motion for an extension
2 | of time to respond to Petitioner's motion to stay (Doc. 16) is **DENIED** as moot.
3 |     Dated this 25th day of June, 2020.

_____
Douglas L. Rayes
United States District Judge